GEORGE WILLIAM WOLFF (81126)
The Law Office of George W. Wolff
505 Sansome Street Suite 1525
P.O. Box 26749
San Francisco, CA 94126-6749
Telephone: (415) 788-1881
Telecopier: (415) 788-0880
george@wolfflaw.com
Co-Counsel for SunMan Engineering, Inc.

Ali Kamarei, Esq. SBN 175977
Katja Grasso SBN 266935
Inhouse Co. Law Firm
Knight Ridder Bldg.
50 W. San Fernando Street, Suite 900
San Jose, CA 95113
Telephone: (408) 918-5393
Telecopier: (408) 918-5373
alik@inhouseco.com
katjag@inhouseco.com
Co-Counsel for SunMan Engineering, Inc

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SunMan Engineering, Inc. A California Corporation,<br>　　　　Petitioner,<br><br>Vs.<br><br>Arnouse Digital Devices Corporation, Inc., a Delaware Corporation, also known as ADDC; Does 1 -100,<br>　　　　Respondents, | **No. C 13-0897 EMC**<br><br>**Stipulation re Hearing Date and Briefing Schedules on Cross-Motions to Confirm and to Vacate, Correct, Modify, or Clarify Arbitration Award** |

　　　　NOW COME Plaintiff / Petitioner SunMan Engineering, Inc. ("SunMan") and Defendant/Cross-Petitioner Arnouse Digital Devices Corporation ("ADDC"), by and through their respective counsel of record, and hereby stipulate and agree that the Motion of SunMan to Vacate Modify, etc., the Arbitration Award entered in this matter January 10, 2013, which Motion is currently set for hearing in this Court for June 20, 2013, and the Motion to Confirm the Arbitration Award filed by ADDC on March 23, 2013, which is currently set for hearing on May 9, 2013, shall

both be rescheduled at the request of the Court, and both such motions shall now be heard before Judge Edward M. Chen on May 30, 2013 at 1:30 p.m.

ADDC and SunMan further stipulate to the following briefing schedule on such Cross-Motions:

A. SunMan's opening Memorandum of Authorities and other Pleadings in support of SunMan's Motion to Vacate, Modify, Correct or Clarify etc. the Arbitration Award, which shall be combined with SunMan's Memorandum of Authorities, Declarations and other documents in Opposition to ADDC's Motion to Confirm the Arbitration Award, shall be filed and served April 18, 2013;

B. ADDC's Memorandum of Authorities and other Pleadings in Opposition to SunMan's Motion to Vacate the Arbitration Award, combined with ADDC's Reply Memorandum of Authorities and other Pleadings in support of its Motion to Confirm the Arbitration Award shall be filed and served May 2, 2013;

C. SunMan's Reply Memorandum of Authorities and other Pleadings in support of its Motion to Vacate the Arbitration Award, shall be filed and served May 10, 2013.

D. The combined Memorandum to be filed by SunMan on April 18, 2013 and the combined Memorandum to be filed by ADDC on May 2, 2013 shall not exceed 25 pages, per local rule 7-4

.

//

So Stipulated:

SunMan Engineering, Inc. ("SunMan")

Date: April ___, 2013       By_____

George W. Wolff,

Co-Counsel for Petitioner SunMan Engineering, Inc.

Arnouse Digital Devices Corporation ("ADDC")

Date: April _11_, 2013       By_____

Dawn M. Ceizler, Esq.

Counsel for Arnouse Digital Devices Corporation

Page -3-    Order re Cross-Motions, Hearing, Briefs

1  GEORGE WILLIAM WOLFF (81126)
   The Law Office of George W. Wolff
2  505 Sansome Street Suite 1525
   P.O. Box 26749
3  San Francisco, CA 94126-6749
   Telephone: (415) 788-1881
4  Telecopier: (415) 788-0880
   george@wolfflaw.com
5  Co-Counsel for SunMan Engineering, Inc.

6  Ali Kamarei, Esq. SBN 175977
   Katja Grasso SBN 266935
7  Inhouse Co. Law Firm
   Knight Ridder Bldg.
8  50 W. San Fernando Street, Suite 900
   San Jose, CA 95113
9  Telephone: (408) 918-5393
   Telecopier: (408) 918-5373
10 alik@inhouseco.com
   katjag@inhouseco.com
11 Co-Counsel for SunMan Engineering, Inc

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SunMan Engineering, Inc. A California Corporation,<br>　　　　Petitioner,<br>Vs.<br>Arnouse Digital Devices Corporation, Inc., a Delaware Corporation, also known as ADDC; Does 1 -100,<br>　　　　Respondents, | No. C 13-0897 EMC<br><br>[~~Proposed~~] ORDER<br>**Pursuant to Stipulation re Hearing Date and Briefing Schedules on Cross-Motions to Confirm and to Vacate, Correct, Modify, Clarify Arbitration Award** |

IT IS HEREBY ORDERED, per the Stipulation of the parties filed here, Plaintiff / Petitioner SunMan Engineering, Inc. ("SunMan") and Defendant / Cross-Petitioner Arnouse Digital Devices Corporation ("ADDC"), that the Motion of SunMan to Vacate Modify, etc., the Arbitration Award entered in this matter January 10, 2013, which Motion is currently set for hearing in this Court for June 20, 2013, and the Motion to Confirm the Arbitration Award filed by ADDC on March 23, 2013, which is currently set for hearing on May 9, 2013, shall both be rescheduled at the request of the

1  Court, and both such motions shall now be heard before Judge Edward M. Chen on May 30, 2013
2  at 1:30 p.m.

4       IT IS FURTHER ORDERED that the following briefing schedule shall govern such Cross-
5  Motions:
6       A.   SunMan's opening Memorandum of Authorities and other Pleadings in support of
7  SunMan's Motion to Vacate, Modify, Correct or Clarify etc. the Arbitration Award, which
8  shall be combined with SunMan's Memorandum of Authorities, Declarations and other
9  documents in Opposition to ADDC's Motion to Confirm the Arbitration Award, shall be
10 filed and served April 18, 2013;

12      B.   ADDC's Memorandum of Authorities and other Pleadings in Opposition to
13 SunMan's Motion to Vacate the Arbitration Award, combined with ADDC's Reply
14 Memorandum of Authorities and other Pleadings in support of its Motion to Confirm the
15 Arbitration Award shall be filed and served May 2, 2013;

17      C.   SunMan's Reply Memorandum of Authorities and other Pleadings in support of its
18 Motion to Vacate the Arbitration Award, shall be filed and served May 10, 2013.

20      D.   The combined Memorandum to be filed by SunMan on April 18, 2013, and the
21 combined Memorandum to be filed by ADDC on May 2, 2013 shall not exceed 25 pages, per
22 local rule 7-4
23 SO ORDERED:

25 Dated: April __5__, 2013

Edward M. Chen
United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen