UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNMAN ENGINEERING, INC, <br><br> Petitioner, <br><br> v. <br><br> ARNOUSE DIGITAL DEVICES CORPORATION, INC., <br><br> Defendant. <br> _____/ | No. C-13-0897 EMC <br><br> **ORDER RE: EVIDENTIARY OBJECTIONS ON CROSS MOTIONS REGARDING ARBITRATION AWARD** |

Currently pending before the Court is Petitioner's motion to correct, modify, clarify or vacate a contractual arbitration award, and Respondent's cross motion to confirm the arbitration award. The parties have submitted a variety of exhibits and declarations in connection with their briefs on these motions, and each party has raised objections to the other party's evidence. Docket Nos. 64, 81. Among the objections Petitioner has raised to Respondent's evidence are objections to declarations that are not properly verified under penalty of perjury, objections to documents that have not been properly authenticated, and objections to testimony about the contents of documents that are not themselves in the record. Docket No. 81. Additionally, each party has objected to portions of declarations submitted by the opposing party as not containing the proper foundation to establish personal knowledge of the facts stated therein. Docket Nos. 64, 81.

Accordingly, the parties are hereby **ORDERED** to submit by no later than 2:00 p.m. on Tuesday, May 28, 2013, any of the following that they wish the Court to consider on this motion: (1) declarations properly sworn under penalty of perjury that establish the basis for the declarant's

personal knowledge of the facts stated therein; and (2) properly authenticated documents. Local Rule 7-5; F.R.E. 602, 901. The Court will not consider testimony about the contents of documents that are not in the record. F.R.E. 1002.

IT IS SO ORDERED.

Dated: May 24, 2013

_____
EDWARD M. CHEN
United States District Judge