LAW OFFICES OF DAWN CEIZLER
DAWN CEIZLER, Bar No. 214873
1990 N. California Blvd., Suite 305
Walnut Creek, CA 94596
Telephone: (925) 932-8225
Facsimile: (925) 226-4849
dc@ceizler.com

Attorney for Respondent Arnouse
Digital Devices
Corp.


THE LAW OFFICE OF GEORGE W. WOLFF
GEORGE W. WOLFF, Bar No. 81126
505 Sansome Street, Suite 1525
San Francisco, CA 94126
Telephone: (415) 788-1881
Facsimile: (415) 788-0880
George@wolfflaw.com

Co-Counsel for Petitioner SunMan Engineering, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNMAN ENGINEERING, INC., A CALIFORNIA CORPORATION,<br><br>Petitioner,<br><br>vs.<br><br>ARNOUSE DIGITAL DEVICES CORPORATION, INC., A DELAWARE CORPORATION, ALSO KNOWN AS ADDC; DOES 1 -100,<br><br>Respondents | Case No. 3:13-cv-00897-EMC<br><br>**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Hon. Edward M. Chen |

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a), by Petitioner SunMan Engineering, Inc. ("SunMan"), on the one hand, and Respondent and Counter-Petitioner Arnouse Digital Devices Corp. ("ADDC") on the other hand, through

1    their respective counsel of record, that the above-captioned action is dismissed with prejudice in
2    its entirety, with each party to bear its own attorneys' fees and costs.

3

4    Dated: June 24, 2013            *Dawn Ceizler* (signature)
                                         Dawn Ceizler, Esq.
5                                          Attorney for Respondent and Counter-Petitioner
                                         Arnouse Digital DevicesCorp.

6

7

8    Dated: June 24, 2013            (signature)
                                         George W. Wolff, Esq.
9                                          Co-Counsel for Petitioner SunMan Engineering,
                                         Inc.

10

11

12    IT IS SO ORDERED:
       _____
13    Edward M. Chen
       U.S. District Judge

14

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Edward M. Chen]

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the **STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** was filed electronically on June 24, 2013, in accordance with the Court's Electronic Filing Guidance. Notice of this filing will be sent to all parties by operating of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                By: /s/ George W. Wolff
                                                Law Office of George W. Wolff
                                                505 Sansome Street, Suite 1525
                                                P.O. Box 26749
                                                San Francisco, CA 94126-6749
                                                Telephone: 415-788-1881
                                                Telecopier: 415-788-0880
                                                Email: george@wolfflaw.com
                                                Attorney for Petitioner SunMan Engineering, Inc.