1  LAW OFFICES OF DAWN CEIZLER
   DAWN CEIZLER, Bar No. 214873
2  1990 N. California Blvd., Suite 305
   Walnut Creek, CA 94596
3  Telephone: (925) 932-8225
   Facsimile: (925) 226-4849
4  dc@ceizler.com

5  Attorney for Respondent Arnouse
   Digital Devices
6  Corp.

7

   THE LAW OFFICE OF GEORGE W. WOLFF
8  GEORGE W. WOLFF, Bar No. 81126
   505 Sansome Street, Suite 1525
9  San Francisco, CA 94126
   Telephone: (415) 788-1881
10 Facsimile: (415) 788-0880
   George@wolfflaw.com
11
   Co-Counsel for Petitioner SunMan Engineering, Inc.
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 SUNMAN ENGINEERING, INC., A            ) Case No. 3:13-cv-00897-EMC
   CALIFORNIA CORPORATION,                )
17                                         ) STIPULATION FOR DISMISSAL OF
                                           ) ACTION PURSUANT TO FEDERAL
18            Petitioner,                  ) RULE OF CIVIL PROCEDURE 41(a)
                                           )
19     vs.                                 ) Hon. Edward M. Chen
                                           )
20 ARNOUSE DIGITAL DEVICES                 )
   CORPORATION, INC., A DELAWARE          )
21 CORPORATION, ALSO KNOWN AS              )
   ADDC; DOES 1 -100,                      )
22                                         )
              Respondents                  )
23 _____)

24
         IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure
25
   41(a), by Petitioner SunMan Engineering, Inc. ("SunMan"), on the one hand, and Respondent
26
   and Counter-Petitioner Arnouse Digital Devices Corp. ("ADDC") on the other hand, through
27

28

                                          - 1 -
         STIPULATION RE DISMISSAL WITH PREJUDICE – 3:13-cv-00897-EMC

1  their respective counsel of record, that the above-captioned action is dismissed with prejudice in
2  its entirety, with each party to bear its own attorneys' fees and costs.
3
4  Dated: June 24, 2013

   _____
   Dawn Ceizler, Esq.
5  Attorney for Respondent and Counter-Petitioner
   Arnouse Digital DevicesCorp.
6
7
8  Dated: June 24, 2013

   _____
   George W. Wolff, Esq.
9  Co-Counsel for Petitioner SunMan Engineering,
   Inc.
10
11
12 IT IS SO ORDERED:
   _____
   Edward M. Chen
13 U.S. District Judge

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the **STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** was filed electronically on June 24, 2013, in accordance with the Court's Electronic Filing Guidance.  Notice of this filing will be sent to all parties by operating of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By: /s/ George W. Wolff
Law Office of George W. Wolff
505 Sansome Street, Suite 1525
P.O. Box 26749
San Francisco, CA 94126-6749
Telephone: 415-788-1881
Telecopier: 415-788-0880
Email: george@wolfflaw.com
Attorney for Petitioner SunMan Engineering, Inc.